FILED
OCT 12 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) 4:22CR554 JAR/NCC |
| DENNIS COOPERWOOD, JR., | ) ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT I
**Possession of Stolen Mail Matter (18 U.S.C. § 1708)**

On or about April 12, 2022, in St. Louis County, Missouri, in the Eastern District of Missouri, the defendant,

**DENNIS COOPERWOOD, JR.,**

did receive and unlawfully have in his possession articles of mail, namely approximately one hundred and seventy-nine personal and business checks, which articles of mail had been stolen, taken, embezzled, and abstracted from a USPS collection box, an authorized depository for mail matter, knowing said articles of mail to have been stolen, taken, embezzled, and abstracted from an authorized depository for mail matter.

In violation of Title 18, United States Code, Section 1708.

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JONATHAN A. CLOW, #68003MO
Assistant United States Attorney

1